IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEO MCDONALD, JR.**                          **PLAINTIFF**

v.                          **CAUSE NO. 1:18cv281-LG-RHW**

**HUNTINGTON INGALLS INDUSTRIES**                  **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order entered herewith dismissing without prejudice Plaintiff Leo McDonald, Jr.'s claims against Defendant Huntington Ingalls Industries,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2019.

                                                  s/ *Louis Guirola, Jr.*

                                                  LOUIS GUIROLA, JR.
                                                  UNITED STATES DISTRICT JUDGE